IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JOYCE McGLOTHIN and )
PAUL McGLOTHIN, )
        Plaintiffs )
)
v. ) No. 3:05-cv-379
)
BALLY TOTAL FITNESS )
CORPORATION, LIFE FITNESS, )
INC., and BRUNSWICK )
CORPORATION, )
        Defendants )

## ORDER OF REMAND

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that the motion for remand [Doc. 9] filed by defendant Bally Total Fitness Corporation be, and the same hereby is, GRANTED whereby this case is REMANDED to the Circuit Court of Knox County, Tennessee. *See* 29 U.S.C. § 1447(c).

**E N T E R :**

                              *s/ James H. Jarvis*
                             UNITED STATES DISTRICT JUDGE